**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must standing of this Court's general bar or be granted leave to by Local Rules 83.12 through 83.14.

07CV6424
JUDGE COAR
MAG. JUDGE MASON

In the Matter of

Mike Lang, Mark Giangreco, Chris Lang, Ron Lavin, Terry Shoemaker, Ken Wieslak, and John Wiltgen
v.
BancPro, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Mark Giangreco, Chris Lang, Mike Lang, Ron Lavin, Terry Shoemaker, Ken Wieslak, and John Wiltgen

FILED
NOV 13 2007
11-13-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Ellen D. Jenkins | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Ellen D. | |
| FIRM Boundas, Skarzynski, Walsh & Black LLC | |
| STREET ADDRESS 200 East Randolph Drive, Suite 7200 | |
| CITY/STATE/ZIP Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6231011 | TELEPHONE NUMBER 312-946-4200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |