AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 21st of November, 2007 |
| NAME OF SERVER (PRINT) Fred Lowe | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): By handing to and leaving with Janice Padu, office manager authorized to accept for Gary A. Agron, Registered Agent for BancPro, Inc. at 5445 DTC Parkway, Ste. 520, Englewood, Colorado 80111

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-27-07
                    Date                Signature of Server

Address of Server: 303 S. Broadway Blvd, Ste 200-381
Denver, Co. 80209

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

COPY

Mike Lang, Mark Giangreco, Chris Lang, Ron Lavin, Terry Shoemaker, Ken Wieslak, and John Wiltgen

V.

BancPro, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **07CV6424**
ASSIGNED JUDGE: **JUDGE COAR**
DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE MASON**

TO: (Name and address of Defendant)

BancPro, Inc.
c/o Gary A. Agron
5445 DTC Parkway, Ste. 520
Englewood, CO 80111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter F. Lovato, III
Boundas, Skarzynski, Walsh & Black, LLC
200 East Randolph Drive, Suite 7200
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 13 2007
DATE