Case No. 07C6424        UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO

PLAINTIFF   MIKE LANG, ET AL.

v.

DEFENDANT   BANCPRO, INC.

## AFFIDAVIT OF SERVICE

**Documents Served**   AMENDED COMPLAINT WTH EXHIBITS A-N

**Served On**   BANCPRO, INC.

**Address**   5445 DTC PKWY., #520, ENGLEWOOD, CO 80111 IN ARAPAHOE OCUNTY

**Manner of Service**   BY LEAVING WITH JANICE PUDER, ASSISTANT TO GARY AGRON, REGISTERED AGENT FOR BANCPRO, INC.

**Date Served**   1/22/08        **Time Served**   11:36 AM

*Affiant being duly sworn, deposes and says that affiant is over the age of 18 years; that affiant is not a party to this action; and that affiant has duly served the stated documents as described herein.*

LAYLA FLORA
_____
Process Server's Name

_____
Process Server's Signature

Subscribed to and sworn before me this
23 day of _____, 2008 in
_____ County, Colorado.
My commisssion expires: 04/04/2010

_____
Notary Public

MICHAEL L. GAINEY
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 04/04/2010