UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| MIKE LANG, MARK GIANGRECO, DAVID GRIPP, JOHN KARAVIDAS, CHRIS LANG, RON LAVIN, BRIAN McCORMICK, JOHN RIDGE, TERRY SHOEMAKER, KEN WEISLAK, and JOHN WILTGEN,<br><br>Plaintiffs,<br><br>v.<br><br>BANCPRO, INC.,<br><br>Defendant. | Case No.: 07-cv-6424<br><br>Judge David H. Coar<br><br>Magistrate Judge Michael T. Mason |

## **PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT**

Plaintiffs, Mike Lang, Mark Giangreco, David Gripp, John Karavidas, Chris Lang, Ron Lavin, Brian McCormick, John Ridge, Terry Shoemaker, Ken Weislak, and John Wiltgen (collectively, the "Noteholders"), for their Motion for Entry of Default against Defendant, BancPro, Inc. ("BancPro"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, state as follows:

1. On November 13, 2007, certain of the Noteholders filed their Complaint against BancPro. (Doc. no. 1.)

2. On November 21, 2007, BancPro was served with the Complaint and a Summons to appear in this proceeding. (Doc. no. 9.) BancPro's responsive pleading was due on or before December 11, 2007.

3. On January 16, 2008, the Noteholders filed their Amended Complaint against BancPro. (Doc. no. 11.)

4.  On January 22, 2008, the Noteholders served BancPro with the Amended Complaint. (Doc. no. 14.) BancPro's responsive pleading was due on or before February 5, 2008.

5.  BancPro has not appeared in this action and has not filed a responsive pleading to either the Complaint or the Amended Complaint.

6.  Accordingly, the Noteholders hereby move for an entry of default against BancPro pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

WHEREFORE, the Noteholders respectfully request that the Court direct the Clerk of Court enter a default against BancPro.

Dated: February 6, 2008                    Respectfully submitted,

/s/ W. Joel Vander Vliet
Peter F. Lovato, III
Ellen D. Jenkins
W. Joel Vander Vliet
BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC
200 E. Randolph Drive, Suite 7200
Chicago, IL 60601
312-946-4200

Attorneys for Plaintiffs