UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| MIKE LANG, MARK GIANGRECO, DAVID GRIPP, JOHN KARAVIDAS, CHRIS LANG, RON LAVIN, BRIAN McCORMICK, JOHN RIDGE, TERRY SHOEMAKER, KEN WEISLAK, and JOHN WILTGEN,<br><br>Plaintiffs,<br><br>v.<br><br>BANCPRO, INC.,<br><br>Defendant. | Case No.: 07-cv-6424<br><br>Judge David H. Coar<br><br>Magistrate Judge Michael T. Mason |

## NOTICE OF MOTION FOR ENTRY OF DEFAULT

PLEASE TAKE NOTICE that on the 12th day of February, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar, or any judge sitting in his stead, in Room 1419 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion For Entry of Default**.

Dated: February 6, 2008

/s/ W. Joel Vander Vliet
Peter F. Lovato, III
Ellen D. Jenkins
W. Joel Vander Vliet
BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC
200 E. Randolph Drive, Suite 7200
Chicago, IL  60601
312-946-4200

Attorneys for Plaintiffs