# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Mike Lang, et al.
                        Plaintiff,

v.                                          Case No.: 1:07−cv−06424
                                            Honorable David H. Coar

Bancpro, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

MINUTE entry before Judge David H. Coar : Motion hearing held on 2/12/2008 regarding Motion for entry of default [15]. Memorandum in support of jurisdiction to be filed by 2/27/2008. MOTION by Plaintiffs Chris Lang, Ron Lavin, Terry Shoemaker, Ken Weislak, John Wiltgen, Mike Lang, David Gripp, John Karavidas, Brian McCormick, John Ridge, Mark Giangreco for entry of default [15] is entered and continued to 3/27/2008 at 9:00 a.m. No further status hearing at this time − the status date of 2/20/2008 is stricken.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.