## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6424 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Lang, et al vs. Bancorp, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 3/27/2007 regarding # 15. Plaintiff's Motion [15] for Judgment by Default is Granted to the extent that the Court will enter a Clerk's Default. Enter Clerk's Default against the defendant, Bancorp, Inc.. Prove-up default hearing set for May 7, 2008 at 9:00 a.m. If the plaintiff plans to prove-up by affidavit, the affidavit should be filed and sent to the defendant at the defendant's last known address by May 1. 2008.

/s/David H. Coar

David H. Coar, U.S. District Judge

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|