UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| MIKE LANG, MARK GIANGRECO, DAVID GRIPP, JOHN KARAVIDAS, CHRIS LANG, RON LAVIN, BRIAN McCORMICK, JOHN RIDGE, TERRY SHOEMAKER, KEN WEISLAK, and JOHN WILTGEN, <br><br> Plaintiffs, <br><br> v. <br><br> BANCPRO, INC., <br><br> Defendant. | Case No.: 07-cv-6424 <br><br> Judge David H. Coar <br><br> Magistrate Judge Michael T. Mason |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT AND REFORMATION

To:   BancPro, Inc.
      1745 South Alma School road #205
      Mesa, Arizona  85210

PLEASE TAKE NOTICE that on the 7th day of May, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar, or any judge sitting in his stead, in Room 1419 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion For Default Judgment and Reformation**.

Dated: May 1, 2008

/s/ W. Joel Vander Vliet
Peter F. Lovato, III
Ellen D. Jenkins
W. Joel Vander Vliet
BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC
200 E. Randolph Drive, Suite 7200
Chicago, IL  60601
312-946-4200

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, W. Joel Vander Vliet, hereby certify and affirm that a true and correct copy of the foregoing Notice of Motion for Default Judgment and Reformation was served upon the following on May 1, 2008, via Federal Express overnight delivery:

BancPro, Inc.
1745 South Alma School Road #205
Mesa, Arizona 85210

/s/ W. Joel Vander Vliet