UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Mike Lang, et al.
                    Plaintiff,
v.                                          Case No.: 1:07−cv−06424
                                            Honorable David H. Coar
Bancpro, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

    MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 5/7/2008 regarding motion for default judgment, [20]. In court prove−up default hearing held on 5/7/2008. MOTION by Plaintiffs Chris Lang, Ron Lavin, Terry Shoemaker, Ken Weislak, John Wiltgen, Mike Lang, David Gripp, John Karavidas, Brian McCormick, John Ridge, Mark Giangreco for default judgment as to Defendant BancPro, Inc. [20] is granted (signature order to be submitted in the proposed order folder). Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.