Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6424 | **DATE** | 5/16/2008 |
| **CASE TITLE** | Mike Lang, et al vs. Bancpro, Inc. | | |

**DOCKET ENTRY TEXT**

Judgment is entered in favor of the plaintiffs and against the defendant. Any and all pending motions, scheduling deadlines or dates are stricken, moot and terminated. Civil case terminated. ENTER ORDER FOR DEFAULT JUDGMENT AND REFORMATION

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

