UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| MIKE LANG, MARK GIANGRECO, DAVID GRIPP, JOHN KARAVIDAS, CHRIS LANG, RON LAVIN, BRIAN McCORMICK, JOHN RIDGE, TERRY SHOEMAKER, KEN WEISLAK, and JOHN WILTGEN, <br><br> Plaintiffs, <br><br> v. <br><br> BANCPRO, INC., <br><br> Defendant. | Case No.: 07-cv-6424 <br><br> Judge David H. Coar <br><br> Magistrate Judge Michael T. Mason |

## ORDER FOR DEFAULT JUDGMENT AND REFORMATION

This matter coming to be heard on the motion of Plaintiffs, Mike Lang, Mark Giangreco, David Gripp, John Karavidas, Chris Lang, Ron Lavin, Brian McCormick, John Ridge, Terry Shoemaker, Ken Weislak, and John Wiltgen (collectively, the "Noteholders") for the entry of default judgment and a decree of reformation against Defendant, BancPro, Inc. ("BancPro"), filed on May 1, 2008; due and proper notice having been provided; a Clerk's Default having been entered against BancPro on March 27, 2008; good cause appearing therefor; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. The Noteholders' Motion for Default Judgment and Reformation is GRANTED.

2. The promissory notes identified in paragraphs 23 and 28 of the Amended Complaint in this action are reformed to reflect that they were due and owing one year (not five years) from the date of each such promissory note.

3. Judgment is hereby entered in favor of Mike Lang and against BancPro in the amount of $906,749.92, plus $123.56 per day from May 7, 2008 to the date of judgment, plus post-judgment interest at the rate provided by law.

4. Judgment is hereby entered in favor of Mark Giangreco and against BancPro in the amount of $554,172.05, plus $73.42 per day from May 7, 2008 to the date of judgment, plus post-judgment interest at the rate provided by law.

5. Judgment is hereby entered in favor of David Gripp and against BancPro in the amount of $34,098.63, plus $4.11 per day from May 7, 2008 to the date of judgment, plus post-judgment interest at the rate provided by law.

6. Judgment is hereby entered in favor of John Karavidas and against BancPro in the amount of $20,323.08, plus $2.89 per day from May 7, 2008 to the date of judgment, plus post-judgment interest at the rate provided by law.

7. Judgment is hereby entered in favor of Chris Lang and against BancPro in the amount of $57,855.34, plus $7.67 per day from May 7, 2008 to the date of judgment, plus post-judgment interest at the rate provided by law.

8. Judgment is hereby entered in favor of Ron Lavin and against BancPro in the amount of $34,061.64, plus $4.11 per day from May 7, 2008 to the date of judgment, plus post-judgment interest at the rate provided by law.

9. Judgment is hereby entered in favor of Brian McCormick and against BancPro in the amount of $15,553.97, plus $2.19 per day from May 7, 2008 to the date of judgment, plus post-judgment interest at the rate provided by law.

10. Judgment is hereby entered in favor of John Ridge and against BancPro in the amount of $15,372.05, plus $2.19 per day from May 7, 2008 to the date of judgment, plus post-judgment interest at the rate provided by law.

11. Judgment is hereby entered in favor of Terry Shoemaker and against BancPro in the amount of $26,342.47, plus $4.93 per day from May 7, 2008 to the date of judgment, plus post-judgment interest at the rate provided by law.

12. Judgment is hereby entered in favor of Ken Weislak and against BancPro in the amount of $44,223.56, plus $6.03 per day from May 7, 2008 to the date of judgment, plus post-judgment interest at the rate provided by law.

13. Judgment is hereby entered in favor of John Wiltgen and against BancPro in the amount of $56,417.53, plus $8.77 per day from May 7, 2008 to the date of judgment, plus post-judgment interest at the rate provided by law.

14. Judgment is hereby entered in favor of Mike Lang, Mark Giangreco, David Gripp, John Karavidas, Chris Lang, Ron Lavin, Brian McCormick, John Ridge, Terry Shoemaker, Ken Weislak, and John Wiltgen, and against BancPro, for attorneys' fees and costs in the amount of $21,600.76, plus post-judgment interest at the rate provided by law.

SO ORDERED:

_____
The Honorable David H. Coar
United States District Judge

Dated: MAY 1 6 2008